UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CANH HUAN TRAN,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al,<br><br>Respondents. | Case No. 2:26-cv-02905-TLF<br><br>ORDER |

On September 8, 2026, the Court granted petitioner's habeas petition in part and ordered a post-deprivation hearing. Dkts. 9-10. The Order directed the government at this hearing "shall bear the burden of proving by clear and convincing evidence that petitioner is either a flight risk or a danger to the community . . ." Dkt. 9 at 7. The Order also required a Joint Status Report on or before September 30, 2026. Dkt. 9 at 8.

## I. MOTION TO ENFORCE

On September 21, 2026, petitioner filed a "Motion to Reconsider or Enforce." Dkt. 11.

The first part of the Motion requests reconsideration of the Court's Order under LCR 7(h). *E.g.*, Dkt. 11 at 7-8. The Court addressed this part of the Motion in a separate Order. Dkt. 12.

For the second part of the Motion, petitioner argues his post-deprivation hearing did not comply with the Court's Order. *E.g.* Dkt. 11 at 9. For example, he asserts the government's evidence was insufficient and the Immigration Judge abused her discretion when finding petitioner was a flight risk. *E.g.*, Dkt. 11 at 9, 12.

The Court construes this abuse of discretion challenge as a new habeas petition. Accordingly, the Clerk of Court has opened a new habeas matter under case number **2:26-cv-03567-TLF**.

The Court will issue a scheduling order in this newly opened matter. As will be elaborated in this scheduling order, petitioner may choose to rely on the existing Motion to Enforce (Dkt. 11) and its attachments as his habeas petition or, in the alternative, may file an amended habeas petition.

## II. BOND HEARING TRANSCRIPT

Petitioner's Motion also provided a transcript which appears to be produced and signed by petitioner's counsel. Dkt. 11-1.

As will be elaborated in the court's scheduling order in the newly opened matter, the parties shall confer on whether they will jointly or separately provide a transcript or recording.

## III. JOINT STATUS REPORT

The Joint Status Report requirement contained in the Court's previous Order (Dkt. 9 at 8) is **STRICKEN**.

Dated this 22nd day of September, 2026.

Theresa L. Fricke
United States Magistrate Judge