UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CANH HUAN TRAN,

Petitioner,

v.

TODD BLANCHE, et al,

Respondents.

Case No. 2:26-cv-03567-TLF

SCHEDULING ORDER

The Court construes petitioner's "Motion to Reconsider or Enforce" (originally filed under case number 2:26-cv-02905-TLF) as a new habeas petition.

The Court has discretion to determine when a response to a § 2241 habeas petition is due. *See*, *e.g.*, Sect. 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254); *Clutchette v. Rushen*, 770 F.2d 1469, 1474-75 (9th Cir. 1985) (pursuant to Habeas Rule 4, the federal court has discretion to fix a time to file an answer beyond the time periods set forth in 28 U.S.C. § 2243). A court considering a habeas corpus petition "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243.

The Court thus directs respondents to show cause why the writ of habeas corpus should not be granted and **ORDERS**:

## I. BRIEFING SCHEDULE

**1)** Petitioner may file an amended petition, or notice he does not intend to file an amended petition, **on or before October 6, 2026.**

**2)** Respondents shall file a return **no later than fourteen days** after petitioner filed his amended petition or notice.

- **a.** If petitioner does not file an amended petition or notice, respondents shall file their return no later than October 20, 2026.

**3)** Petitioner may then file a reply brief **no later than five days** after the filing of respondent's return.

**4)** If either party seeks an expedited or enlarged briefing schedule, counsel for that party shall contact the opposing counsel promptly to meet and confer. The parties shall then file a joint expedited motion, noted for the same day it is filed, that contains either an agreed briefing schedule or the parties' competing proposals for a briefing schedule.

## II. HEARING TRANSCRIPT OR RECORDING

**5)** The parties shall meet-and-confer regarding the submission of a transcript or recording of the post-deprivation hearing at issue.

- **a.** If the parties agree, the document shall be jointly submitted by the due date of petitioner's amended petition or notice (October 6, 2026).
- **b.** If the parties cannot agree, each party shall submit their own document along with an explanation, on or before October 6, 2026.

## III. ADDITIONAL REQUIREMENTS

**6)** Respondents shall provide the Court, and petitioner, and petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner(s) from the Western District of Washington or to remove them from the United States. Respondents shall also (1) file the notice of intent to transfer or remove on the Court's docket; and (2) file a notice on the docket if the transfer or removal is completed.

**7)** The Clerk of Court is directed to effectuate immediate service, if service has not already been accomplished, of the habeas petition filed in this case upon respondents by emailing a copy of the habeas petition and this order to USAWAW.ImmigrationHabeasService@usdoj.gov.

**8)** Petitioner's counsel shall provide petitioner's A-file number promptly to the U.S. Attorney's Office via email to USAWAW.ImmigrationHabeasAnumbers@usdoj.gov, if counsel has not already done so.

Dated this 22nd day of September, 2026.



Theresa L. Fricke
United States Magistrate Judge